Argued and submitted September 28, reversed and remanded November 21, 1990

## LEWIS E. WILLIAMS,
*Appellant,*

*v.*

## R. L. WRIGHT,
*Respondent.*

(CV89-1051; CA A63566)

801 P2d 139

Wade P. Bettis, Jr., La Grande, argued the cause for appellant. With him on the brief were Joel K. Ricker and Bettis & Ricker, P.C., La Grande.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).